**EXHIBIT B**

| Claim Limitation | Infringement |
|---|---|
| **Claim 1** | |
| 1. A system for managing a network using a processor, the system comprising: | Verizon's interactive coverage map tool (https://www.verizonwireless.com/featured/better-matters/?map=4glte#maps) is a system for managing a telecommunications network using a processor. |
| a database server configured to retrieve and to transmit network data and geospatial data; | Verizon's interactive coverage map tool uses a hardware/software associated with an internal database to retrieve and transmit network data in the form of Verizon's coverage and Verizon support centers/stores as well as geospatial data in the form of roads, bodies of water, neighborhoods, and landmarks. |
| a web server configured to receive a search criteria, to transmit the search criteria, to | Verizon's coverage map tool uses hardware/software implementing a web-based technology configured to (1) receive user input defining a geographic area of interest in the form of an address or zip code, (2) transmit the geographic area of interest, (3) to receive a map, and (4) to transmit the map. |

| Claim Limitation | Infringement |
|---|---|
| receive a map, and to transmit the map; and |  |
| a map server configured to receive the search criteria from the web server, to geocode the search criteria, to retrieve network data and geospatial data from the database server corresponding to the geocode, and to generate the map comprising the network data and the geospatial data. | Verizon's coverage map tool uses hardware/software to (1) receive user input defining a geographic area of interest in the form of an address or zip code, (2) assign a location identifier to the user input, (3) retrieve network data in the form of Verizon's coverage and Verizon support centers/stores as well as geospatial data in the form of roads, bodies of water, neighborhoods, and landmarks corresponding the location identifier, and (4) generate the map comprising the network data and the geospatial data. |

| Claim Limitation | Infringement |
|---|---|
| |  |
| **Claim 86** | |
| 86. A method for managing a network using a processor comprising: | Verizon's interactive coverage map tool (https://www.verizonwireless.com/featured/better-matters/?map=4glte#maps) implements a method for managing a telecommunications network using a processor. |
| receiving a search criteria; | Verizon's interactive coverage map tool receives user input defining a geographic area of interest in the form of an address or zip code. |

| Claim Limitation | Infringement |
| --- | --- |
| |  |
| determining a geocode for the search criteria; | Verizon's coverage map tool uses hardware/software to assign a location identifier to the user input. |
| obtaining network data and geospatial data within a search range of the geocode; | Verizon's coverage map tool obtains network data in the form of Verizon's coverage and Verizon support centers/stores as well as geospatial data in the form of roads, bodies of water, neighborhoods, and landmarks within an area within a predetermined distance (i.e., the display area) of the location identifier. |
| transmitting the network data and the geospatial data for display with a map. | Verizon's coverage map tool transmits the network data and the geospatial data for display with a map in the user's browser. |

| Claim Limitation | Infringement |
|---|---|
| |  |