IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CELERITASWORKS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS INC.,<br><br>        Defendant. | Case No. 6:20-cv-01301 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF PLAINTIFF CELERITASWORKS, LLC**

Pursuant to F.R.C.P. Rule 7.1, plaintiff Celeritasworks, LLC, by and through the undersigned counsel, hereby submits its Corporate Disclosure Statement, and states the following:

1. Celeritasworks, LLC, a Kansas limited liability company, is a non-governmental corporation with its principal office in Wichita, Kansas.

2. Celeritasworks, LLC is wholly owned by RGS Senior Management Group, LC, a Kansas limited liability company, and no publicly held corporation holds 10% or more of Celeritasworks, LLC's stock.

                                                    Respectfully Submitted,

Date:  October 30, 2020                 /s/Michael B. Hurd
                                                    Michael B. Hurd, KS Bar No. 12521
                                                        mhurd@hoveywilliams.com
                                                    HOVEY WILLIAMS LLP
                                                    10801 Mastin Boulevard, Suite 1000
                                                    84 Corporate Woods
                                                    Overland Park, Kansas 66210
                                                    (913) 647-9050   Fax: (913) 647-9057

                                                    ATTORNEYS FOR PLAINTIFF